472 A.2d 268

Commonwealth v. Viall, Appellant.

Submitted June 23, 1983. James F. Metka, for appellant; Jane Cutler Greenspan, Assistant District Attorney, for Commonwealth, appellee.

Before BROSKY, JOHNSON and MONTGOMERY, JJ.

Order affirmed.